# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

UNITED STATES OF AMERICA,                                    Criminal No. 07-431(4)  PJS/AJB

                    Plaintiff,

v.                                                                                          **<u>ORDER</u>**

SCOTT A. BURCH,

                    Defendants.


Kimberly A. Svendsen, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Douglas Olson, Esq., for defendant Scott A. Burch.


Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 1, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Scott Burch's Motion for Severance of Defendant is **denied** [Docket No. 119].


Dated:  5/5/08

                                 s/Patrick J. Schiltz
                                Patrick J. Schiltz
                                United States District Judge